UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

JOHN C. ENOCHS                              CIVIL ACTION

VERSUS                                      NUMBER: 07-9249

THE CITY OF NEW ORLEANS                     SECTION: "T"(5)

## REPORT AND RECOMMENDATION

Presently before the Court is the motion to intervene of movants, Shaun B. Rafferty and James F. Willeford, and plaintiff's motion to strike said motion to intervene. (Rec. docs. 9, 13, 16, 17).

A hearing on plaintiff's motion to strike was held on April 9, 2008 with counsel for the parties and the proposed intervenors in attendance. (Rec. doc. 19). During that hearing, the parties and the movants reached an agreement whereby the consent judgment entered herein on January 22, 2008 would be vacated and the two motions pending before the Court, as well as this lawsuit in its

entirety, would be dismissed without prejudice to the parties' and the movants' rights to litigate their zoning-related issues in a matter now pending in the Orleans Parish CDC, No. 08-2189 J-13.[1]/ As this case is not before the undersigned with the consent of the parties/movants under 28 U.S.C. §636(c), the Court hereby renders this Report and Recommendation so that the District Judge can go through the formality of vacating the judgment and dismissing the pending motions and this lawsuit without prejudice.

## **RECOMMENDATION**

For the foregoing reasons, it is recommended that the consent judgment entered herein on January 22, 2008 be vacated.

It is further recommended that this lawsuit and the two motions pending before the Court be dismissed without prejudice to the parties' and the movants' rights to pursue this matter in state court.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation contained in a magistrate judge's report and recommendation within 10 days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such

---

[1]/ The agreement was dictated into the record and was taken down by Vic DiGiorgio, Court Reporter.

consequences will result from a failure to object.  <u>Douglass v. United Services Auto. Assoc.</u>, 79 F.3d 1415 (5th Cir. 1996)(<u>en</u> <u>banc</u>).

New Orleans, Louisiana, this  15th  day of _____April_____, 2008.

                                              ALMA L. CHASEZ
                              UNITED STATES MAGISTRATE JUDGE