UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHN C. ENOCHS                                   CIVIL ACTION

VERSUS                                            NUMBER: 07-9249

THE CITY OF NEW ORLEANS                           SECTION: "T"(5)

### O R D E R

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of the parties or the proposed intervenors to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the consent judgment entered herein on January 22, 2008 is vacated.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that this lawsuit and the two motions pending before the Court are dismissed without prejudice to the parties' and the movants' rights to pursue this matter in state court.

New Orleans, Louisiana, this 1st day of May, 2008.

_____
UNITED STATES DISTRICT JUDGE
G. THOMAS PORTEOUS, JR.